# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Teresa Rivers Moore<br>Raynard Stewart Moore, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00523-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Timothy J Sloan<br>Anita Bond<br>Cheryl Cordero<br>Founders Federal Credit Union<br>Bruce Brumfield<br>United States of America<br>John Andrew Koshner,<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 13, 2017 Order.

October 13, 2017

Frank G. Johns, Clerk
United States District Court